**No. 54192.**—New York Merchandise Co., Inc. *v.* United States, protests 966946–G, 56836–K, and 76921–K (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence established that the bicycle horns are similar in all material respects to those the subject of *Spiegel Bros. Corp.* v. *United States* (9 Cust. Ct. 194, C. D. 692). Following the cited authority, the claim of the plaintiff was sustained.